1

2

3

4

5

# UNITED STATES DISTRICT COURT

6

### EASTERN DISTRICT OF CALIFORNIA

7

8

| | |
|---|---|
| ALEJANDRO GARCIA, | Case No. 1:14-cv-00999-DLB PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS (Document 9) |
| v. | |
| M. V. BALAGSO, et al., | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS |
| Defendants. | |

9

10

11

12

13

14

15           Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave

16   to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required

17   by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is

18   obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff

19   is obligated to make monthly payments in the amount of twenty percent of the proceeding month's

20   income credited to plaintiff's trust account.  The California Department of Corrections is required to

21   send to the Clerk of the Court payments from plaintiff's account each time the amount in the account

22   exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

23           In accordance with the above and good cause appearing therefore, IT IS HEREBY

24   ORDERED that:

25           1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

26           2.  **The Director of the California Department of Corrections or his designee shall**

27   **collect payments from plaintiff's prison trust account in an amount equal to twenty percent**

28   **(20%) of the preceding month's income credited to the prisoner's trust account and shall**

1   **forward those payments to the Clerk of the Court each time the amount in the account exceeds**

2   **$10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected**

3   **and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name**

4   **and case number assigned to this action.**

5         3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in

6   forma pauperis application on the Director of the California Department of Corrections, via the

7   court's electronic case filing system (CM/ECF).

8         4.  The Clerk of Court is directed to serve a copy of this order on the Financial Department,

9   12 U.S. District Court, Eastern District of California, Fresno Division.

10        5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified

11  copy of his/her prison trust account statement for the six−month period immediately preceding the

12  filing of the complaint, if plaintiff has not already done so.

13

14  IT IS SO ORDERED.

15      Dated:   __July 30, 2014__                    _____ /s/ *Dennis L. Beck*

16                                                    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28