1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 ALEJANDRO GARCIA,                                    ) Case No.: 1:14-cv-00999-LJO-SAB (PC)
                                                       )
12           Plaintiff,                                )
                                                       )
                                                       ) ORDER FOR PLAINTIFF TO SHOW CAUSE
13      v.                                             ) WHY ACTION SHOULD  NOT BE DISMISSED
                                                       ) FOR FAILURE TO PROSECUTE
14 M. V. BALAGSO, et al.,                              )
                                                       )
15           Defendants.                               )
                                                       )
16 _____           )

17         Plaintiff Alejandro Garcia is proceeding pro se and in forma pauperis in this civil rights action

18 pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to

19 28 U.S.C. § 636(1)(B) and Local Rule 302.

20         On October 4, 2016, the Court issued a discovery and scheduling order in this matter, and

21 served by mail on Plaintiff at his address of record. (ECF No. 46.) On October 19, 2016, the discovery

22 and scheduling order was returned to the Court with a notation "undeliverable, inactive/refused."

23         Plaintiff is required to keep the Court apprised of his current address at all times (Local Rule

24 182(f), and Local Rule 183(b) provides, "If mail directed to a plaintiff *in propria persona* by the Clerk

25 is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing

26 parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action

27 without prejudice for failure to prosecute."

28 ///

1

1    Plaintiff's address change was due by December 27, 2016, but he failed to file one and he has

2  not otherwise been in contact with the Court. Based on the foregoing, it is HEREBY ORDERED that

3  within **twenty (20) days** from the date of service of this order, Plaintiff shall show cause why this

4  action should not be dismissed for failure to prosecute.

5

6  IT IS SO ORDERED.

7  Dated:    **January 11, 2017**

8                                            UNITED STATES MAGISTRATE JUDGE

2